THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE CALLOWAY, Appellant.

Argued March 16, 1948; decided April 22, 1948.

*John Logan O'Donnell* and *Martin V. Callagy* for appellant.
*Frank S. Hogan, District Attorney* (*Edward T. Perry* and *Whitman Knapp* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence did not warrant a finding of the guilt of the defendant beyond a reasonable doubt. (*People v. Orr*, 270 N. Y. 193; *People v. Cooperman*, 279 N. Y. 599; *People v. Mantin*, 184 App. Div. 767.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.